IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RICARDO POOLE,                )
                              )
    Plaintiff,               )
                              )
vs.                           )     Case No. 2:13-cv-01265-JHH-JEO
                              )
VICTORRUS FELDER, *et al*.,   )
                              )
    Defendants.              )

ORDER

    The magistrate judge filed a report on December 5, 2013, recommending that all claims in this action, except the excessive force claim against Officer Victorrus Felder, be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1).  It was further recommended that the excessive force claim against Officer Victorrus Felder be referred to the magistrate judge for further proceedings.  Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the report and recommendation.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED that all of plaintiff's claims in this action, except the excessive force claim against Officer Victorrus Felder, are DISMISSED

WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1).  It is further ORDERED that the remaining excessive force claim against Officer Felder is REFERRED to the magistrate judge for further proceedings.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff.

**DONE** this the ___10th___ day of January, 2014.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE