FILED
2016 Sep-12 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RICARDO POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:13-cv-01265 |
| | ) |
| VICTORRUS FELDER, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties in the above-styled case, by and through their respective counsel of record, voluntarily agree to the dismissal of the above-referenced action, with prejudice, and hereby request this Honorable Court to enter an order dismissing all claims between the parties, with prejudice, with each party to bear his, her, or its own costs.

RESPECTFULLY SUBMITTED,

*l/s Brett H. Knight*
Brett H. Knight
Attorney for Plaintiff
2320 Arlington Avenue South
Birmingham, AL 35205
205-930-9800

*l/s/ Bart Harmon*
Bart Harmon (HAR127)
Assistant Attorney General
Attorney for Defendants
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353- 4859

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this the 12th day of September, 2016, served a copy of the foregoing by electronic filing to all other parties involved.

                                                     *l/s Brett H. Knight*
                                                     Brett H. Knight